(111 So. 200)

WESTERN UNION TELEGRAPH CO. v. C. H. PRIESTER.   (3 Div. 783.)

(Supreme Court of Alabama.   Jan. 13, 1927.)

Certiorari to Court of Appeals.

Francis R. Stark, of New York, and Rushton, Crenshaw & Rushton, of Montgomery, for petitioner.

Powell & Hamilton, of Greenville, opposed.

MILLER, J. Petition of the Western Union Telegraph Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Western Union Tel. Co. v. Priester, 21 Ala. App. 587, 111 So. 199.

Writ denied on authority of Postal Tel. Co. v. Minderhout, 195 Ala. 420, 71 So. 91.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.